AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 21-cv-2499

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Christian Kochan on *(date)* 10/28/2022.

☑ I served the subpoena by delivering a copy to the named individual as follows: Hand delivered. Personally served Christian Kochan at 6:52 P.M. Served at The New Britain Inn - 376 W Butler Avenue New Britain, PA 18901. See below for comments. on *(date)* 11/08/2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ 60.00.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/09/2022

*Server's signature*

Vincent Robinson / Process Server
*Printed name and title*

it's DONE! Courier, LLC
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
215.925.DONE! (3663)
*Server's address*

Additional information regarding attempted service, etc.:

11/8 5:49pm - No access to complex. Gained access with an Amazon driver. No answer at the apartment. Called name in directory. That went to his cell phone. He stated that he wasn't home and that he was at dinner. He said that we would have to serve him at the resturant where he was dining. He was dining at the New Britain Inn 376 W Butler Avenue, New Britain, PA 18901

6:52pm - Personally served at the New Britain Inn 376 W Butler Avenue, New Britain, PA 18901.