IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER OGROD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 21-2499 |

## ORDER

**AND NOW**, this 12th day of December, 2022, upon consideration of "Defendant City of Philadelphia's Motion to Compel for Discovery Default" (Docket No. 67), in which Defendant asserts that Plaintiff has failed to respond, answer, or object to discovery requests that Defendant served on Plaintiff on July 28, 2022, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** pursuant to Local Rule of Civil Procedure 26.1(g). Plaintiff Walter Ogrod shall provide full, complete, and verified responses to Defendant's First Set of Interrogatories and Requests for Production of Documents, and shall produce all responsive documents, on or before December 22, 2022.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.