IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER OGROD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 21-2499 |

## ORDER

**AND NOW**, this 12th day of July, 2023, upon consideration of the "Motion to Compel Production pursuant to the Subpoena of NBC" (Docket No. 89) filed by Defendant the City of Philadelphia (the "City"), all documents filed in connection therewith, and the Oral Argument held on June 27, 2023, **IT IS HEREBY ORDERED** as follows:

1. Pursuant to the City's Reply, the Motion is **WITHDRAWN** insofar as it seeks to compel production of (a) information from before 2018; (b) materials not generated for use in a story about Ogrod, his cases, or the Horn murder; and (c) correspondence, with the exception of correspondence that includes a factual narrative of events about the case by Ogrod or his agents.

2. The Motion is **DENIED** without prejudice insofar as it seeks *unaired* witness interviews or statements, and other unaired news materials.

3. The Motion is **GRANTED** insofar as it seeks (a) *aired* video and audio of any witness interviews, and (b) *aired* witness statements, taken from 2018 or later, which were generated for use or in connection with a story about Ogrod, his legal cases, or the Horn murder. NBC shall produce these aired materials to the City on or before July 26, 2023.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.